IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| AARON DEMOND TRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-046 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; TELFAIR MEDICAL | ) | |
| STAFF/TELFAIR ADMINISTRATION; | ) | |
| WARDEN FNU BEASLY; COUNSELOR | ) | |
| VERONICA STEWART; CAPT. FNU | ) | |
| THOMAS; TELFAIR STATE PRISON; | ) | |
| SERGEANT FNU TILLMAN; LT. FNU | ) | |
| CLARK; DEPUTY OFFICER FNU | ) | |
| WILCOX; DEPUTY OFFICER FNU HART; | ) | |
| SUPERINTENDENT FNU SHEPPARD; | ) | |
| WARDEN JACOUB BEASLEY; DEPUTY | ) | |
| FNU KEITH; DEPUTY FNU WIKER; | ) | |
| CAPTAIN KARRIE THOMAS; | ) | |
| COUNSELOR FNU MENTZ; NURSES- | ) | |
| MEDICAL STAFF; DEPUTY OFFICER | ) | |
| FNU HALL; COMMISSIONER TIMOTHY | ) | |
| WARD; MRS. FNU HUNT; MEDICAL | ) | |
| CONTRACTOR TELFAIR STATE PRISON; | ) | |
| and MRS. FNU SHOWERS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this __21st__ day of October, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2